

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2015

No. 04-15-00462-CV

Joshua Chubasco **LIRA**,
Appellant

v.

Evangeline S. **SAMUDIO**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07757
Laura Salinas, Judge Presiding

## O R D E R

The trial court signed a judgment in this cause on March 18, 2015. Because a motion for new trial was filed, the clerk's record was due on July 16, 2015. *See* TEX. R. APP. P. 35.1(a). On July 24, 2015, the Bexar County District Clerk filed a notification of late record and requested an extension of time to file the clerk's record until September 3, 2015, for an extension of forty-nine days.

The district clerk's request is GRANTED IN PART. **The clerk's record must be filed with this court by August 17, 2015.** *See id.* R. 35.3(c) (limiting an extension in a regular appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court